### C. R. Lowry v. The State.

#### No. 4167. Decided May 5, 1909.

**Burglary—Dismissal of Appeal—Practice on Appeal.**

Where upon appeal from a conviction of burglary the appellant filed a sworn request to have the appeal dismissed on the ground that no statement of facts was filed, etc., which request was in regular form the appeal was dismissed.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. E. R. Campbell.

Appeal from a conviction of burglary; penalty, two years confinement in the penitentiary.

Appellant's request for dismissal of appeal was as follows: Comes now the defendant in the above-numbered and entitled cause, and shows to the court that on, to wit, the 9th day of March, 1909, he was convicted of the offense of burglary, and his punishment assessed at two years confinement in the penitentiary; that he gave notice of appeal to this honorable court, but for lack of funds to prosecute said appeal he has been unable to do so, not being able to pay for a statement of facts, and the time having expired in which he could now perfect his appeal, he has decided to file this, his motion, asking this honorable court to dismiss his said appeal in order that his term of two years may begin without further delay. Wherefore, premises considered, this defendant prays your honorable body to dismiss his said appeal, in order that his sentence may at once begin. (Signed and sworn to by defendant before the clerk of the court.)

No brief on file for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of burglary and his punishment assessed at two years confinement in the penitentiary.

There is no statement of facts nor bill of exception in the record. Appellant files a sworn request to have the appeal dismissed. The request seems to be in all things regular, and same is hereby granted, and the appeal is dismissed.

*Dismissed.*